UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

| Case No. | CV 21-07359-JVS (DFM) | Date: | October 25, 2021 |
|---|---|---|---|
| Title | James Beushausen v. Heather Shirley | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Petitioner: | Attorney(s) for Respondent: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order Granting Petitioner's Request to Dismiss Petition Without Prejudice (Dkt. 4)

On September 23, 2021, this Court ordered Petitioner to take one of three actions in response to an apparent lack of exhaustion of state-court remedies with respect to one of his alleged grounds for habeas relief. See Dkt. 3. On October 20, 2021, Petitioner filed a response. See Dkt. 4. He "requests that this Petition be dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1), with the understanding that any later petition may be time barred under 28 U.S.C. § 2241(d)(1)." Id.

Petitioner has an absolute right to dismiss before Respondent files an answer or motion for summary judgment. See Fed. R. Civ. P. 41(a)(1)(A). Such a dismissal is presumed to be without prejudice. See Fed. R. Civ. P. 41(a)(1)(B). Petitioner's request is accordingly GRANTED.

Although Petitioner may re-allege his same claims in a future petition, this Court reminds Petitioner that there is a 1-year statute of limitations applicable to habeas corpus claims under the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), and that any future petitions may be time-barred.